FILED
CLERK, U.S. DISTRICT COURT

AUG 30 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 13-826-PA-1 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ELVIS EDGARDO ) | [Fed.R.Crim.P. 32.1(a)(6); |
| M. LINA ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. CA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __alleged new criminal conduct while on supervision; whereabouts unknown to PO; insufficient bail resources__

```
                                        
                                        
                                        
        and/or
B.      ( )  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
        on: _____
        _____
        _____
        _____


        IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:     8/30/21


                                          _____
                                          UNITES STATES MAGISTRATE JUDGE
```